262 So.2d 784

**STATE of Louisiana ex rel. Everette L. JACKSON and Clarence Jones**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52499.**

June 13, 1972.

On considering the showing made by relators in their petition to this Court.

It is ordered that the Honorable Oliver P. Schulingkamp, Judge of the Criminal District Court for the Parish of Orleans, grant to the relators an out-of-time appeal to this Court, returnable on a date to be fixed, and that the said Judge appoint an attorney to perfect their bills of exceptions (if any) and to prosecute the appeal granted to these relators.